### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHILLIP W. HOKE, HOLLY CHANDLER, SHEENA C. HERNANDEZ, MICAH JADE KOKSAL, DANIEL A. REYES, AND JEAN L. FERGUSON<br><br>Plaintiffs,<br><br>v.<br><br>HERBERT J. SWENDER AND GARDEN CITY COMMUNITY COLLEGE<br><br>Defendants. | Case No. 5:19-CV-4001-HLT-TJJ |

### JOINT NOTICE OF MEDIATION

In accordance with the Court's Amended Scheduling Order (Doc. 38), the parties jointly inform the Court that mediation is scheduled to take place on January 24, 2020 with Magistrate Judge Kenneth G. Gale to serve as the mediator (Doc. 43). The mediation will begin at 9:00 a.m. and take place at U. S. Courthouse, Courtroom 406, 401 N. Market, Wichita, Kansas.

/s/ Jeremy K. Schrag
_____
Alan L. Rupe, KS # 08914
Jeremy K. Schrag, KS 24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:   (316) 609-7900
Facsimile:    (316) 462-5746
alan.rupe@lewisbrisbois.com
jeremy.schrag@lewisbrisbois.com

Randall D. Grissell, KS #10547
Doering, Grissell & Cunningham, P.A.
124 Grant Avenue
Garden City, KS 67846
Telephone:  (620) 275-8099
Facsimile:  (620) 275-5075
randyg@gcnet.com

and

/s/ Jean Lamfers (w/permission)
_____
Jean Lamfers, KS # 12707
Lamfers & Associates, L.C.
7003 Martindale
Shawnee, KS 66218
Telephone:  (913) 962-8200
jl@lamferslaw.com

and

Sarah A. Brown, KS # 12130
Brow & Curry, LLC
1600 Genessee Street, Suite 956
Kansas City, MO 64102
Telephone:  (816) 756-5458
Facsimile:  (816) 666-9596
sarah@brownandcurry.com

*Attorneys for Plaintiffs*

Ron Pope, KS # 11913
Ralston, Pope & Diehl LLC
2913 SW Maupin Lane
Topeka, KS 66614
Telephone:  (785) 273-8002
Facsimile:  (785) 273-0744
ron@ralstonpope.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, the above and foregoing Joint Notice of Mediation was filed using the court's CM/ECF system which sent notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag