IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHILLIP W. HOKE, HOLLY CHANDLER, SHEENA C. HERNANDEZ, MICAH JADE KOKSAL, DANIEL A. REYES, AND JEAN L. FERGUSON<br><br>Plaintiffs,<br><br>v.<br><br>HERBERT J. SWENDER AND GARDEN CITY COMMUNITY COLLEGE<br><br>Defendants. | Case No. 5:19-CV-4001-HLT-TJJ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that all claims asserted in this lawsuit against Defendant Swender only are hereby dismissed without prejudice and that the parties shall bear their own fees and costs.

| | |
|---|---|
| /s/ Jeremy K. Schrag | /s/ Jean Lamfers (w/consent) |
| Alan L. Rupe, KS # 08914<br>Jeremy K. Schrag, KS 24164<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1605 N. Waterfront Parkway, Suite 150<br>Wichita, KS 67206<br>Telephone:  (316) 609-7900<br>Facsimile:   (316) 462-5746<br>alan.rupe@lewisbrisbois.com<br>jeremy.schrag@lewisbrisbois.com | Jean Lamfers, KS # 12707<br>Lamfers & Associates, L.C.<br>7003 Martindale<br>Shawnee, KS 66218<br>Telephone:  (913) 962-8200<br>jl@lamferslaw.com<br><br>and |
| Randall D. Grissell, KS #10547<br>Doering, Grissell & Cunningham, P.A.<br>124 Grant Avenue<br>Garden City, KS 67846<br>Telephone:  (620) 275-8099<br>Facsimile:  (620) 275-5075<br>randyg@gcnet.com | Sarah A. Brown, KS # 12130<br>Brow & Curry, LLC<br>1600 Genessee Street, Suite 956<br>Kansas City, MO 64102<br>Telephone:  (816) 756-5458<br>Facsimile:  (816) 666-9596<br>sarah@brownandcurry.com |
| and | *Attorneys for Plaintiffs* |

Ron Pope, KS # 11913
Ralston, Pope & Diehl LLC
2913 SW Maupin Lane
Topeka, KS 66614
Telephone: (785) 273-8002
Facsimile: (785) 273-0744
ron@ralstonpope.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, the above and foregoing Stipulation of Dismissal was filed using the court's CM/ECF system which sent notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag